**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WESLEY CORPORATION, et al.,

    Plaintiffs,

        v.                                      Case No. 17-10021

ZOOM T.V. PRODUCTS, LLC, et al.,

    Defendants.

    _____/

**ORDER ON APPEARANCES OF LOCAL COUNSEL**

Plaintiffs Wesley Corporation and David Hanson filed this action on January 4, 2017, and the matter was reassigned to this court on January 13, 2017. (Dkt. ## 1, 5.) Defendants Zoom T.V. Products, LLC and Idea Village Products Corporation filed a motion to dismiss or for more definite statement on February 20, 2017. (Dkt. # 11.) The court denied Defendants' motion in its opinion and order entered April 7, 2017. (Dkt. # 18.) A scheduling conference is now required, as is an answer to the complaint.

Attorneys for each party have filed appearances, (Dkt. ## 8, 9, 17), but it appears that no attorney of record on either side is an active member of the State Bar of Michigan. Neither party has specified a suitable attorney to appear as local counsel as is required. *See* E.D. Mich. LR 83.20(f)(1) & (2).

Pursuant to the Local Rule, the court will order the parties to specify local counsel, who must then enter an appearance. Failure to do so will require in-person conference and explanation.  Accordingly,

Each party is hereby ORDERED to specify local counsel and cause the appropriate appearances to be entered on the docket not later than **April 11, 2017**.

IT IS FURTHER ORDERED that counsel for a party for whom such a local counsel appearance is not on the court's docket by the close of business April 11, 2017, must personally appear accompanied by his client or a client's representative who is empowered to make final litigation decisions, for a scheduling and status conference at

**The United States District Court
526 Water Street
Port Huron, Michigan**

on **Wednesday, April 19, 2017, at 9:00 a.m.**

If all such local counsel appearances are timely filed as ordered herein, the court will determine an alternate scheduling conference date sometime after such appearances are filed.

    s/Robert H. Cleland    /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 7, 2017, by electronic and/or ordinary mail.

    s/Lisa Wagner    /
Case Manager and Deputy Clerk
(810) 292-6522