**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WESLEY CORPORATION, et al.,

    Plaintiffs,

        v.                                            Case No. 17-10021

ZOOM T.V. PRODUCTS, LLC, et al.,

    Defendants.

                                              /

**ORDER REQUIRING PLAINTIFFS TO COMPLY WITH FORMATTING RULES**

Presently before the court are two motions: a motion for protective order filed by Defendants (Dkt. #36) and a motion to compel filed by Plaintiffs (Dkt. #41). In reviewing the briefing on these motions, the court has noted that Plaintiffs have consistently failed to abide by Eastern District of Michigan Local Rule 5.1(a)(2), which sets forth the formatting requirements in this court. (*See* Dkt. ##39, 41.) Pursuant to that rule, all papers filed with the court must be double spaced (except for quoted materials and footnotes), have one inch margins on all sides, and include consecutive page numbers.

Plaintiffs' response to the motion for protective order does not have one inch margins on all sides, is not double spaced, and does not have consecutive page numbers. Plaintiffs' motion to compel likewise lacks proper margins and page numbers. Plaintiffs are cautioned that failure to abide by the formatting rules is grounds for the court to strike a document from its docket. Accordingly,

IT IS ORDERED that Plaintiffs' counsel read Eastern District of Michigan Local Rule 5.1 before filing any further papers with this court. Plaintiffs must ensure that all future filings conform to the formatting standards in that rule.

                                                  s/Robert H. Cleland           /
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 6, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 6, 2017, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner                /
                                                  Case Manager and Deputy Clerk
                                                  (810) 292-6522

S:\Cleland\KNP\Civil\17-10021.WESLEY.brief.formatting.KNP.docx