**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WESLEY CORPORATION, et al.,

    Plaintiffs,

v.                                                  Case No. 17-10021

ZOOM T.V. PRODUCTS, LLC, et al.,

    Defendants.
                                                /

## JUDGMENT

In accordance with its "Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Zoom TV Products and Ideavillage Products Corporation and against Plaintiffs Wesley Corporation and David Hanson.

                                           s/Robert H. Cleland                /
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: May 17, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 17, 2018, by electronic and/or ordinary mail.

                                           s/Lisa Wagner                    /
                                           Case Manager and Deputy Clerk
                                           (810) 292-6522

S:\Cleland\KNP\Civil\17-10021.WESLEY.judgment.KNP.docx