**United States District Court for the** Eastern
**District of** Michigan

Wesley Corporation, a Michigan corporation, and
David Hanson, an individual

**Plaintiff,**

vs.

CASE NO. 17-10021

Zoom T.V. Products, LLC, et al

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Wesley Corporation and David Hanson , hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from Judgment and Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment (the final judgment) (from an order (describing it)) entered in this action on the 17th day of

May , 2018 .

(s) Daniel J. McCarthy (P59457)

Address: 370 E. Maple Rd., 3rd Floor

Birmingham, MI 48009

Attorney for Wesley Corporation & David Hanson

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99